(1" from top of page, and centered, begin title of Court)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**16-14446-CV-ROSENBERG/LYNCH**

**Case No.** ______________ -CV-______________
(Judge's Last Name/Magistrate's Last Name)

Richard Leslie Lloyd
415 N. U.S. #1 / S. R. #5
Fort Pierce, Florida 34950-3050
(Full Name of Plaintiff/s),

FILED by LH D.C.
Oct 17, 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – FT. PIERCE

Plaintiff (s)

vs.

Southern Pig and Cattle Smokehouse and Grille (Blounde female General Hiring manager) Not: Ms. Kathi Kosiorek because above would hire me! "and others like me!" "5'6" plus 135 lbs aprox."
2583 S. E. Federal Hiway
Stuart, Florida 34994 ?
(Full Name of Defendant/s),
George Herman Muller III
Defendant(s).
~~Richard Leslie Lloyd and~~ others of my age and disiablitys! wishing to work productivly in the american work force!

**TITLE OF DOCUMENT**

I, Richard Leslie Lloyd → S.S.A. # [redacted] [plaintiff or defendant], in the above styled cause, I pray and ask the above court to make a final disition aginst above pl-aintiff and or above mentioned representive mentioned above! Because aproximently one and one half weeks ago I tryed to turn in an job application (with atleast three other *

*feamale employees present, on jobsite) for a survers position that was on the marquie sign (out Froont) on U.S.#1 for that open position an mangner (hiring) would not hire me on the spot even with over 10 years of restruant experience (cashier, grill & fry cook, prep-cook, server etc.)! I respectivly ask for one years wages at $4.00 per hour and 60 hours per week or a grand total of $ 12,480.00/100¢ or 3 mounths work at federal minuman wage of 40 hours per week and the dismissal of hiring mangner (which I can identifi) because of my age, dis-ableity and that I am quilified for any and all position's at siad restruant and ask and pray for a fair and quick dliverence of this case, signed by me: Thusday October 6th 2016 A.D. at my re-sadence 415 N. U.S. #1 / State Road #5 Fort Pierce, Florida 34950-3050 Richard Leslie Lloyd S.S.A.#30[redacted]81 and State of Florida Drivers Licence # (Class E) — L300752523030 & Medicare Card #3[redacted]81A! Also They are guility of "False Advsenting" I think!

10-6-2016 A.D.
Dated: Month, day, year

Respectfully submitted,

Richard Leslie Lloyd
Name of Filer

"in forma pauperis"
Attorney Bar Number *(if applicable)*

N/A Same as Below
Attorney E-mail Address *(if applicable)*

Richard Leslie Lloyd
Firm Name *(if applicable)*

415 N. U.S. #1/State Road #5
Street Address

Fort Pierce, Florida 34950-3050
City, State, Zip Code

Mobil Car Phone only: Please contact by US mail!
Telephone: 772-521-1918

Facsimile: — N/A —

Richard Leslie Lloyd
Attorneys for Plaintiff/Defendant *[Party name(s)]*
*(if applicable)*

**Certificate of Service**

**I hereby certify** that a true and correct copy of the foregoing was served by

____________________ [specify method of service] on ________________[date]

on all counsel or parties of record on the Service List below.

________________________
Signature of Filer

**SERVICE LIST**

______________________________
Party or Attorney Name

______________________________
Attorney E–mail Address *(if applicable)*

______________________________
Firm Name *(if applicable)*

______________________________
Street Address

______________________________
City, State, Zip Code

Telephone: ____________________

Facsimile: ____________________

______________________________
Attorneys for Plaintiff/Defendant
*[Party's Name(s)] (if applicable)*

______________________________
Party or Attorney Name

______________________________
Attorney E–mail Address *(if applicable)*

______________________________
Firm Name *(if applicable)*

______________________________
Street Address

______________________________
City, State, Zip Code

Telephone: ____________________

Facsimile: ____________________

______________________________
Attorneys for Plaintiff/Defendant
*[Party's Name(s)] (if applicable)*